A091 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

SEP 0 7 2018

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
Willian Noe SORTO-Amaya

**CRIMINAL COMPLAINT**

Case Number: C-18-3803M-1

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 6, 2018** in **Brooks** County, in the
(Date)
Southern District of Texas defendant, **Willian Noe SORTO-Amaya** a native and citizen of **El Salvador**, and an alien who had been previously deported from the United States was found unlawfully within the United States in **Brooks** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following Facts:
Official Title

On September 06, 2018, Border Patrol Agents encountered Willian Noe SORTO-Amaya attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined SORTO to be a citizen and national of El Salvador without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed SORTO was ordered removed from the United States by an Immigration Judge on May 29, 2015 and was physically removed from the United States to El Salvador on July 17, 2015 via Miami, Florida. Record checks further revealed that SORTO has a prior conviction for 8 USC 1325, Illegal Entry and sentenced to time served. SORTO stated he last entered the United States illegally on or about September 02, 2018 near Roma, Texas. At this time, there is no evidence to indicate SORTO has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Julie Hampton who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on:

**September 7, 2018**
Date
**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

at

Gilbert Ruiz
Printed Name of Complainant

Corpus Christi, Texas
City and State

Signature of Judicial Officer